# United States District Court

WESTERN DISTRICT OF WASHINGTON

CORY LAMONT THOMAS and
DARRELL MONTAE LEE

JUDGMENT IN A CIVIL CASE

v.

CITY OF TACOMA, *et al.,*

CASE NUMBER: C08-5518BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action and all claims asserted herein are **DISMISSED without prejudice**.

| | |
|---|---|
|   May 8, 2009 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |